# EXHIBIT A

## CERTIFICATION PURSUANT TO SECURITIES LAWS

Eden partnerShips Management (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of Meta Financial Group, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of Meta Financial Group, Inc. as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 31/10, 2010

עדן ניהול שותפויות בע"מ
51-446151-6

_____
Movant Signature

EDEN PARTNERSHIPS MANAGMENT
Printed Name

Name of Movant: Eden partnerships management

Schedule of Movant's Transaction(s) in: **Meta Financial Group, Inc.**

Purchase(s):

| Date (DD/MM/YYYY) | Units | Price |
|---|---|---|
| 03/08/2010 | 550 | 34.50 |
| 04/08/2010 | 375 | 33.80 |
| 10/08/2010 | 550 | 36.00 |

Sales:

| | | |
|---|---|---|
| 15/10/2010 | 800 | 19.00 |
| 18/10/2010 | 675 | 14.8074 |

## CERTIFICATION PURSUANT TO SECURITIES LAWS

____Yaniv Uliel_____ (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of Meta Financial Group, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of Meta Financial Group, Inc. as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: ____November 25th___, 2010

_____
Movant Signature

_____Yaniv Uliel_____
Printed Name

Name of Movant: _____Yaniv Uliel_____

Schedule of Movant's Transaction(s) in: **Meta Financial Group, Inc.**

Purchase(s):

| Name | Transaction | Date | Units | Price | Total $ Bought | Units Bought In Period | Money Put In |
|---|---|---|---|---|---|---|---|
| Yaniv Uliel | Buy | 7/4/2010 | 70 | 28 | | 70 | 1960 |
| Yaniv Uliel | Buy | 12/5/2010 | 110 | 32 | | 110 | 3520 |
| Yaniv Uliel | Buy | 8/3/2010 | 160 | 21.64 | | 160 | 3462.4 |
| Yaniv Uliel | Buy | 15/04/2010 | 70 | 28 | $10,902.40 | 70 | 1960 |
| Yaniv Uliel | Sell | 25/10/2010 | -120 | 14.1 | | | |
| Yaniv Uliel | Sell | 13/10/2010 | -110 | 20.5 | | | |
| Yaniv Uliel | Sell | 29/10/2010 | -180 | 12.7 | | | |

## CERTIFICATION PURSUANT TO SECURITIES LAWS

___Nathanael Dreyfuss_____ (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of Meta Financial Group, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of Meta Financial Group, Inc. as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __November 25th,_____, 2010

_____
Movant Signature

____ Nathanael Dreyfuss _____
Printed Name

Name of Movant: _____Nathanael Dreyfuss_____

Schedule of Movant's Transaction(s) in: **Meta Financial Group, Inc.**

Purchase(s):

| Name | Transaction | Date | Units | Price | Total $ Bought | Units Bought In Period | Money Put In |
|---|---|---|---|---|---|---|---|
| Nathanael Dreyfuss | Buy | 14/04/10 | 148 | 29.3799 | | 148 | 4348.2252 |
| Nathanael Dreyfuss | Buy | 8/3/2010 | 230 | 21.6 | | 230 | 4968 |
| Nathanael Dreyfuss | Buy | 8/3/2010 | 281 | 21.6 | | 281 | 6069.6 |
| Nathanael Dreyfuss | Buy | 4/5/2010 | 165 | 27.69 | $19,954.68 | 165 | 4568.85 |
| Nathanael Dreyfuss | Sell | 27/07/10 | -40 | 28.95 | | | |
| Nathanael Dreyfuss | Sell | 19/08/10 | -10 | 35 | | | |
| Nathanael Dreyfuss | Sell | 31/08/10 | -10 | 35.8 | | | |
| Nathanael Dreyfuss | Sell | 28/10/10 | -105 | 14.25 | | | |
| Nathanael Dreyfuss | Sell | 18/10/10 | -659 | 14.9 | | | |

## CERTIFICATION PURSUANT TO SECURITIES LAWS

____Assaf Nathan_____ (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of Meta Financial Group, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of Meta Financial Group, Inc. as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __November 25th_____, 2010

Movant Signature

____Assaf Nathan_____
Printed Name

Name of Movant: _____Assaf Nathan_____

Schedule of Movant's Transaction(s) in: **Meta Financial Group, Inc.**

Purchase(s):

| Name | Transaction | Date | Units | Price | Total $ Bought | Units Counter | Money Put In |
|---|---|---|---|---|---|---|---|
| Assaf Nathan | Buy | 3/8/2010 | 200 | 21.26 | | 200 | 4252 |
| Assaf Nathan | Buy | 3/25/2010 | 200 | 23.4 | | 200 | 4680 |
| Assaf Nathan | Buy | 4/13/2010 | 210 | 29.3 | | 210 | 6153 |
| Assaf Nathan | Buy | 5/21/2010 | 71 | 31 | *$17,286* | 71 | 2201 |
| Assaf Nathan | Sell | 10/18/2010 | -610 | 14.85 | | | |
| Assaf Nathan | Sell | 10/21/2010 | -71 | 14.27 | | | |

## CERTIFICATION PURSUANT TO SECURITIES LAWS

_____Dr. Gad Nathan_____ (name) ("Movant") declares, as to the claims asserted under the federal securities law, that:

1. Movant has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws, Movant adopts the allegations of the complaint(s), and Movant retains the firm of Kahn Swick and Foti, LLC, to pursue such action on a contingent fee basis.

2. Movant did not purchase securities of Meta Financial Group, Inc. at the direction of counsel or in order to participate in a private action under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Movant has executed transactions in the securities of Meta Financial Group, Inc. as follows. See attached Schedule.

5. In the last three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein.

6. Movant will not accept payment for serving as a lead plaintiff beyond his/her/its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: ___November 25th___, 2010

_____
Movant Signature

_____Dr. Gad Nathan_____
Printed Name

Name of Movant: _____Dr. Gad Nathan_____

Schedule of Movant's Transaction(s) in: **Meta Financial Group, Inc.**

Purchase(s):

| Name | Transaction | Date | Units | Price | Total $ Bought | Units Bought In Period | Money Put In |
|---|---|---|---|---|---|---|---|
| Dr. Gad Nathan | Buy | 9/12/2010 | 119 | 33.98 | *$4,043.62* | 119 | 4043.62 |
| Dr. Gad Nathan | Sell | 19/101/2010 | -119 | 14 | | | |

**Losses of the Eden Partnership in Securities of Meta Financial**

EDEN PARTNERSHIPS MANAGEMENT:

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 8/3/2010 | $34.50 | 550 | $18,975.00 | 10/18/2010 | $14.81 | $8,144.07 | ($10,830.93) |
| 8/4/2010 | $33.80 | 125 | $4,225.00 | 10/18/2010 | $14.81 | $1,850.93 | ($2,374.08) |
| 8/4/2010 | $33.80 | 250 | $8,450.00 | 10/15/2010 | $19.00 | $4,750.00 | ($3,700.00) |
| 8/10/2010 | $36.00 | 550 | $19,800.00 | 10/15/2010 | $19.00 | $10,450.00 | ($9,350.00) |
| | | | | | | **Total Loss** | **($26,255.01)** |

NATHANAEL DREYFUSS:

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 3/8/2010 | $21.60 | 105 | $2,268.00 | 10/25/2010 | $14.25 | $1,496.25 | ($771.75) |
| 3/8/2010 | $21.60 | 125 | $2,700.00 | 10/18/2010 | $14.90 | $1,862.50 | ($837.50) |
| 3/8/2010 | $21.60 | 281 | $6,069.60 | 10/18/2010 | $14.90 | $4,186.90 | ($1,882.70) |
| 4/14/2010 | $29.38 | 148 | $4,348.23 | 10/18/2010 | $14.90 | $2,205.20 | ($2,143.03) |
| 4/30/2010 | $27.69 | 105 | $2,907.45 | 10/18/2010 | $14.90 | $1,564.50 | ($1,342.95) |
| 4/30/2010 | $27.69 | 10 | $276.90 | 8/26/2010 | $35.80 | $358.00 | $81.10 |
| 4/30/2010 | $27.69 | 10 | $276.90 | 8/16/2010 | $35.00 | $350.00 | $73.10 |
| 4/30/2010 | $27.69 | 40 | $1,107.60 | 7/22/2010 | $28.95 | $1,158.00 | $50.40 |
| | | | | | | **Total Loss** | **($6,773.33)** |

ASSAF NATHAN:

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 3/8/2010 | $21.62 | 71 | $1,535.02 | 10/21/2010 | $14.27 | $1,013.17 | ($521.85) |
| 3/8/2010 | $21.62 | 129 | $2,788.98 | 10/18/2010 | $14.85 | $1,915.65 | ($873.33) |
| 3/25/2010 | $23.40 | 200 | $4,680.00 | 10/18/2010 | $14.85 | $2,970.00 | ($1,710.00) |
| 4/13/2010 | $29.30 | 210 | $6,153.00 | 10/18/2010 | $14.85 | $3,118.50 | ($3,034.50) |
| 5/21/2010 | $31.00 | 71 | $2,201.00 | 10/18/2010 | $14.85 | $1,054.35 | ($1,146.65) |
| | | | | | | **Total Loss** | **($7,286.33)** |

GAD NATHAN:

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 9/7/2010 | $33.98 | 119 | $4,043.62 | 10/19/2010 | $14.00 | $1,666.00 | ($2,377.62) |
| | | | | | | **Total Loss** | **($2,377.62)** |

YANIV ULIEL:

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 3/8/2010 | $21.64 | 160 | $3,462.40 | 10/29/2010 | $12.70 | $2,032.00 | ($1,430.40) |
| 4/7/2010 | $28.00 | 20 | $560.00 | 10/29/2010 | $12.70 | $254.00 | ($306.00) |
| 4/7/2010 | $28.00 | 50 | $1,400.00 | 10/25/2010 | $14.10 | $705.00 | ($695.00) |
| 4/15/2010 | $28.00 | 70 | $1,960.00 | 10/25/2010 | $14.10 | $987.00 | ($973.00) |
| 5/12/2010 | $32.00 | 110 | $3,520.00 | 10/13/2010 | $20.50 | $2,255.00 | ($1,265.00) |
| | | | | | | **Total Loss** | **($4,669.40)** |

| Total Losses of the Eden Partnership: | |
|---|---|
| **Net Losses** | ($47,361.68) |
| **Dura Losses** | ($47,566.28) |