IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| ALAA M. ELGAOUNI, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>vs.<br><br>META FINANCIAL GROUP, INC., J. TYLER HAAHR, and DAVID W. LEEDOM,<br><br>             Defendants. | No. C 10-4108-MWB<br><br>**ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL** |

_____

This case is before the court on purported class member Eden Partnership's December 21, 2010, Motion To Be Appointed Lead Plaintiff And To Approve The Eden Partnership's Choice Of Counsel (docket no. 6). The only other purported class member to seek appointment as lead plaintiff withdrew his request on January 11, 2011. *See* docket no. 10. The court held a hearing on The Eden Partnership's motion on January 12, 2011. The court was very satisfied with potential lead plaintiff's counsel's responses to the court's inquiries at the hearing, and the court, therefore, has no hesitation in granting The Eden Partnership's motion.

THEREFORE, purported class member The Eden Partnership's December 21, 2010, Motion To Be Appointed Lead Plaintiff And To Approve The Eden Partnership's Choice Of Counsel (docket no. 6) is **granted**, the court hereby **appoints The Eden Partnership as lead plaintiff** for the putative class pursuant to 15 U.S.C. § 78u-

4(a)(3)(B), and **approves The Eden Partnership's selection of Kahn Swick & Foti, L.L.C., as lead counsel** pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

**IT IS SO ORDERED.**

**DATED** this 12th day of January, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA