# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| ALAA M. ELGAOUI; and EDEN PARTNERSHIP,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>META FINANCIAL GROUP, INC., J. TYLER HAAHR, and DAVID W. LEEDOM,<br><br>　　　　Defendants. | No. C10-4108-MWB<br><br>**ORDER** |

_____

The motion (Doc. No. 17) of attorney George W. Appleby to withdraw from representing the plaintiff is **granted; provided, however,** the movant is directed to continue representing the plaintiff until the law offices of Kahn Swick & Foti, LLC have entered an appearance in the case.

**IT IS SO ORDERED.**

**DATED** this 14th day of January, 2011.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT