# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| In re META FINANCIAL GROUP, INC., SECURITIES LITIGATION | No. C 10-4108-MWB<br><br>**ORDER** |

_____

This case is before me on the lead plaintiff's May 21, 2012, Motion For Leave For Plaintiff To File An Over-Length Brief (docket no. 52). The lead plaintiff seeks leave to file the proposed overlength brief in support of its Motion For Final Approval Of Class Action Settlement Plan, which is attached to the present Motion. The lead plaintiff represents that the overlength brief is necessary to address in sufficient detail the numerous legal and factual issues presented by the proposed settlement plan. The lead plaintiff also represents that the defendant's counsel does not object to the overlength brief. I find good cause for the overlength brief.

THEREFORE, the lead plaintiff's May 21, 2012, Motion For Leave For Plaintiff To File An Over-Length Brief (docket no. 52) is **granted**. The Clerk of Court shall detach the overlength brief and all other attached documents and refile them as the lead plaintiff's Motion For Final Approval Of Class Action Settlement Plan.

**IT IS SO ORDERED**.

**DATED** this 22nd day of May, 2012.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA