# EXHIBIT D

**In Re Meta Financial Group, Inc. Securities Litigation**

**Time Report**

**FIRM NAME:** _____ Kahn, Swick & Foti, LLC

**REPORTING PERIOD:** _____Inception through May 2012

| Staff | Total Duration | Rate | Lodestar |
|---|---|---|---|
| Paul Balanon (Associate) | 29.2 | 575 | $16,790.00 |
| Sarah Boone (Associate) | 18 | 425 | $7,650.00 |
| Melissa Clark (Associate) | 153.4 | 495 | $75,933.00 |
| Lewis Kahn (Partner) | 95 | 695 | $66,025.00 |
| Kim Miller (Partner) | 407.2 | 675 | $274,860.00 |
| Michael Swick (Partner) | 73.9 | 695 | $51,360.50 |
| Bruce Dona (Associate) | 181.2 | 350 | $63,420.00 |
| J Lopatka (Associate) | 184.7 | 295 | $54,486.50 |
| Craig Geraci (Associate) | 68.2 | 350 | $23,870.00 |
| **Total** | **1,210.80 hours** | **Total Lodestar:** | $      634,395.00 |

**In Re Meta Financial Group, Inc. Securities Litigation**

**Expense Report**

**FIRM NAME:** _____ Kahn, Swick & Foti, LLC _____

**REPORTING PERIOD:** _____ Inception through May 2012 _____

| Category | Total |
|---|---|
| Computerized Legal Research | $1,053.15 |
| Experts/Consultants | $12,200.00 |
| Filing Fees/PACER/PSLRA Notice | $1,067.40 |
| Hotels | $1,519.75 |
| Investigators | $11,234.15 |
| Meals | $748.32 |
| Mediation | $17,200.00 |
| Messengers/Couriers/Overnight Delivery | $40.83 |
| Photocopies and Printing | $350.00 |
| Transportation | $5,478.60 |
| **Total** | **$50,892.20** |
| | |
| | |
| | |
| | |