# EXHIBIT E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE META FINANCIAL GROUP, INC. SECURITIES LITIGATION | Case No. C 10-4108-MWB<br><br>Hon. Mark W. Bennett |

### DECLARATION OF WARD A. ROUSE IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS

I, Ward A. Rouse, hereby declare under penalty of perjury as follows:

1. I am an attorney licensed to practice in the State of Iowa and I am a member of the law firm of Berg, Rouse, Spaulding & Schmidt, P.L.C., Local Counsel for the Class in the above matter. I am fully familiar with the facts contained herein.

2. Berg, Rouse, Spaulding & Schmidt, P.L.C. was appointed Local Counsel for the Class by way of this Court's Order granting Eden Partnership's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel on January 12, 2011.

3. My firm attended court hearings with Lead Counsel before this Honorable Court and otherwise assisted Lead Counsel as requested. All of this work was essential and necessary to the prosecution of Lead Plaintiff's claims.

4. The lodestar calculations and expenses for Berg, Rouse, Spaulding & Schmidt, P.L.C. incurred in this litigation are annexed hereto as Exhibit A.

5. The hours reflected in the lodestar calculations were reasonably necessary for the prosecution of the claims on behalf of the Class and the hourly rate is in accordance with the

market rate for similar services by attorneys of similar experience in the respective geographic area.

      6.      The total amount of attorney's fee for Berg, Rouse, Spaulding & Schmidt, P.L.C. in this matter is $11,963.75. The total amount of expenses is $723.00.

Dated:     May 21, 2012                     Respectfully Submitted,

Ward A. Rouse, AT0006841
Berg, Rouse, Spaulding & Schmidt, PLC
4940 Pleasant Street
West Des Moines, IA 50266
Tel: 515-223-9000
Fax: 866-223-9005
wardrouse@qwestoffice.net

# EXHIBIT A

**In Re Meta Financial Group, Inc. Securities Litigation**

**Time Report**

**FIRM NAME:**     Berg, Rouse, Spaulding & Schmidt, P.L.C.

**REPORTING PERIOD:**           Inception through May 2012

| Attorneys | TOTAL HOURS | HOURLY RATES | CUMULATIVE LODESTAR |
|---|---|---|---|
| Ward A. Rouse Partner | 49.75 | $225.00 | $ 11,193.75 |
| Dawn Poppens Paralegal | 22 | $35.00 | $770.00 |
|  |  |  |  |
|  |  |  |  |
| **Totals:** | **71.75** |  | **$11,963.75** |

**In Re Meta Financial Group, Inc. Securities Litigation**

**Time Report**

**FIRM NAME:** _____Berg, Rouse, Spaulding & Schmidt, P.L.C._____

**REPORTING PERIOD:** _____Inception through May 2012_____

| Category | Total |
|---|---|
| Filing Fees/PACER/PSLRA Notice | $350.00 |
| Hotels | $100.00 |
| Meals | $69.00 |
| Transportation | $204.00 |
| **Total** | **$723.00** |