UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| In re META FINANCIAL GROUP, INC., SECURITIES LITIGATION | CASE NO. C10-4108- MWB <br><br> JUDGMENT |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED THAT:

This Action is hereby dismissed in its entirety with prejudice as to all Defendants subject to the Court's continuing jurisdiction under paragraph 12 of the Order and Final Judgment at docket no. 59.

_/s/ Mark W. Bennett_
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

DATED: July 2, 2012

Robert L. Phelps
Clerk of Court, US District Court
Northern District of Iowa

S/src
By: Deputy Clerk